﻿Citation Nr: AXXXXXXXX
Decision Date: 10/30/20 Archive Date: 10/30/20

DOCKET NO. 191230-51512
DATE: October 30, 2020

ORDER

An effective date prior to September 15, 2019 for the grant of a 50 percent rating for posttraumatic stress disorder (PTSD) is dismissed.

FINDINGS OF FACT

1. The Veteran served on active duty from June 2009 to February 2015.

2. In December 2019, the regional office (RO) determined that clear and unmistakable error (CUE) had occurred, and corrected the effective date for a grant of a 50 percent rating for PTSD to May 19, 2019. 

CONCLUSION OF LAW

The criteria for a dismissal of the issue of entitlement to an earlier effective date for the grant of a 50 percent rating for PTSD have been met. 38 U.S.C. § 7105 (2012); 38 C.F.R. § 20.205 (2019). 

REASONS AND BASES FOR FINDINGS AND CONCLUSION

The President signed into law the Veterans Appeals Improvement and Modernization Act, Pub. L. No. 115-55 also known as the Appeals Modernization Act (AMA). This law creates a new framework for veterans dissatisfied with VA’s decision on their claim to seek review. This decision has been written under the AMA guidelines.

The rating decision on appeal was issued in December 2019, The Veteran submitted a timely VA Form 10182 in December 2019 and requested Direct Review of the evidence considered by the Agency of Original Jurisdiction (AOJ). Based on his choice, the Board will decide the appeal “based on the evidence of record at the time of the prior decision.”     

The Board may dismiss any appeal that fails to allege specific error of fact or law in the determination being appealed. 38 U.S.C. § 7105. In the December 2019 VA Form 10182, the Veteran specifically requested an effective date of May 19, 2019 for the grant of a 50 percent rating for PTSD. 

In December 2019, the RO determined that CUE had occurred in the prior assignment of the effective date, and granted an effective date of May 19, 2019. Since the proper effective date has been assigned, this is considered a complete grant of the benefits sought on appeal. Thus, there remains no question of law or fact to decide; therefore, the question of an earlier effective date is moot and will be dismissed.

 

L. HOWELL

Veterans Law Judge

Board of Veterans’ Appeals

Attorney for the Board M. Yacoub, Associate Counsel

The Board’s decision in this case is binding only with respect to the instant matter decided. This decision is not precedential and does not establish VA policies or interpretations of general applicability. 38 C.F.R. § 20.1303.